UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEINY AND COMPANY INC,<br><br>    Defendant. | Case No. 15-cv-01452-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

On September 30, 2015, the Court ordered Plaintiffs Mike Geller and Ronald Bennett to show cause why this case should not be dismissed for failure to serve the summons and complaint as required by Federal Rule of Civil Procedure 4(m). On October 1, 2015, Plaintiffs filed a response to the order to show cause and a certificate of service showing that Defendant was served on May 14, 2015, which is within 120 days of the date Plaintiffs filed their complaint in this action. Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: 10/02/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge