UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEINY AND COMPANY INC,<br><br>　　　　　Defendant. | Case No.  15-cv-01452-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 22 |

　　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Motion for Default Judgment.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

　　　　IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED IN PART AND DENIED IN PART.  The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

　　　　**IT IS SO ORDERED.**

Dated: December 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge